UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

WALLYS AMAYA MEDINA,

     Petitioner,

v.                                                                    No. 1:26-CV-199-H

ROBERT CERNA, et al.,

     Respondents.

## ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's first amended petition for a writ of habeas corpus. Dkt. No. 5. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than May 20, 2026. The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondents' answer by no later than June 3, 2026. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on May 1, 2026, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's amended habeas petition (Dkt. No. 5). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to Fed. R. Civ. P.

5(b)(2)(E) and by prior agreement of the Office for the United States Attorney for the

Northern District of Texas.  The Clerk shall mail a copy of this order to the petitioner or his

attorney of record.

So ordered on April 30 , 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

– 2 –